**DAVID J. HOLDSWORTH (4052)**
Attorney for Plaintiff
9125 South Monroe Plaza Way, Suite C
Sandy, UT  84070
Telephone (801) 352-7701
Facsimile (801) 567-9960
david_holdsworth@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| LAURA BETH BRUNDY, | : | **JOINT MOTION TO REQUEST SCHEDULING OF A SETTLEMENT CONFERENCE** |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:19-cv-00060-CW-DAO |
| | : | |
| SCHREIBER FOODS, INC., | : | Hon. Clark Waddoups |
| | : | |
| Defendant. | : | Magistrate Judge Daphne A. Oberg |

Based on the following and pursuant to Rule 16 (b) of the Federal Rule of Civil Procedure and Rule 16-3 of the Civil Rules of Practice of the United States District Court for the District of Utah, Plaintiff Laura Brundy ("Brundy") and Defendant Schreiber Foods ("Schreiber") (collectively, the "Parties"), submit this Joint Motion to Request Scheduling of a Settlement Conference.

      1.      On November 7, 2019, the Court issued a Scheduling Order in this action.[1]

---

[1] *See* ECF Document 10.

2. Said Order included a deadline to complete private mediation/arbitration by July 15, 2020 for the morning of July 14, 2020, as stipulated by the parties.

3. Because the Parties believe resolution may be possible via mediation which might obviate the need for dispositive motions and/or trial, the Parties respectfully request that the Court:

    a. Refer this matter to a magistrate judge for the purposes of conducting a settlement conference (the parties have reserved the morning of July 14, 2020 for such a settlement conference).

4. A proposed order is attached hereto.

DATED this ___ day of July , 2020.

                                        LAURA BRUNDY

                                        */s/ David J. Holdsworth*
                                        David J. Holdsworth
                                        *Attorney for Plaintiff Laura Brundy*

DATED this ___ day of July , 2020.

                                        SCHREIBER FOODS

                                        */s/ Nan T. Bassett*
                                        KIPP AND CHRISTIAN, P.C.

*Attorney for Defendants Schreiber Foods*

# CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of July, 2020, a true, correct and complete copy of the foregoing JOINT MOTION TO REQUEST SCHEDULING OF SETTLEMENT CONFERENCE and ORDER was delivered upon the attorney(s) indicated below by the method(s):

|  |  |
|---|---|
| ___ | Facsimile |
| ___ | U.S. Mail |
| ___ | Hand Delivery |
| ___ | Overnight Delivery |
| ___ | E-Mail |
| X | Electronic Filing |

Nan T. Bassett, Esq.
Kipp & Christian, P.C.
10 Exchange Place, Fourth Floor
Salt Lake City UT 84111
nbassett@kippandchristian.com

                                                       */s/ David J. Holdsworth*
                                                     David J. Holdsworth

C:\Client Files\BrundyLaura\Complaint\joint motion settlement conference.wpd