**DAVID J. HOLDSWORTH (4052)**
Attorney for Plaintiff
9125 South Monroe Plaza Way, Suite C
Sandy, UT  84070
Telephone (801) 352-7701
Facsimile (801) 567-9960
david_holdsworth@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| LAURA BETH BRUNDY, | : | **STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE** |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:19-cv-00060-CW-DAO |
| | : | |
| SCHREIBER FOODS, INC., | : | Hon. Clark Waddoups |
| | : | |
| Defendant. | : | Magistrate Judge Daphne A. Oberg |

Under DUCivR 16-3, the parties, by and through their respective counsel, hereby stipulate and move for a Judicial Settlement Conference.

DATED this 3rd day of July, 2024.

                LAURA BRUNDY

                 */s/ David J. Holdsworth*
                David J. Holdsworth
                *Attorney for Plaintiff Laura Brundy*

DATED this ___ day of July , 2024.

SCHREIBER FOODS


 /s/ Nan T. Bassett
KIPP AND CHRISTIAN, P.C.
*Attorney for Defendants Schreiber Foods*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2024, a true, correct and complete copy of the foregoing STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE and ORDER was delivered upon the attorney(s) indicated below by the method(s):

|     |     |
| --- | --- |
| ___ | Facsimile |
| ___ | U.S. Mail |
| ___ | Hand Delivery |
| ___ | Overnight Delivery |
| ___ | E-Mail |
| X | Electronic Filing |

Nan T. Bassett, Esq.
Kipp & Christian, P.C.
257 East 200 South Suite 600
Salt Lake City UT 84111
nbassett@kippandchristian.com

　　　　　　　　　　　　　　　　　　　　　　/s/ David J. Holdsworth
　　　　　　　　　　　　　　　　　　　　　　David J. Holdsworth

C:\Client Files\BrundyLaura\Complaint\stip motion settlement conference.wpd